IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| JOSEPH ALTRONE JOHNSON, ) | | |
| ) | | |
| Petitioner, ) | | |
| ) | | |
| v. ) | CASE NOS. | CV416-228 |
| ) | | CR414-346 |
| UNITED STATES OF AMERICA, ) | | |
| ) | | |
| Respondent. ) | | |

# ORDER

Before the Court is the Magistrate Judge's Supplemental Report and Recommendation (Doc. 7), to which no objections have been filed. After a careful de novo review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case. As a result, Petitioner's motion to amend his § 2255 motion is **DENIED**.

SO ORDERED this 23rd day of November 2016.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA